United States District Court
Southern District of Texas
**ENTERED**
August 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-475 |
| JOHN DOE, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal filed on August 11, 2017 (Doc. 19) this case is DISMISSED with prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 22nd day of August, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE